**Stephen McDOWELL,
Claimant/Respondent,**

v.

**CASSENS TRANSPORT CO.,
Employer/Appellant.**

**No. ED 83592.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 4, 2004.

L. David Green, Elizabeth A. Bradley, Knapp, Ohl & Green, Glen Carbon, IL, for appellant.

Michael C. Goldberg, Weinhaus, Dobson, Goldberg & Moreland, St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

*ORDER*

PER CURIAM.

Employer appeals from the final award of the Labor and Industrial Relations Commission affirming the award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for

our order affirming the judgment pursuant to Rule 84.16(b).